AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Ohio__ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:17-cv-00485 | DATE FILED<br>3/9/2017 | U.S. DISTRICT COURT<br>Northern District of Ohio |
|---|---|---|
| PLAINTIFF<br>ADVault, Inc | | DEFENDANT<br>Homeward Health LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,306,830 | 2/16/2017 | Homeward Health LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation and Order of Case Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1) (re 31 ) without prejudice, with each party to bear its own costs, expenses, and attorneys' fees. Judge James G. Carr on 6/28/18. |

| CLERK<br>Sandy Opacich | (BY) DEPUTY CLERK<br>Carlene Kinsey | DATE<br>6/29/2018 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ADVAULT, INC.<br>800 Campbell Road, Suite 320<br>Richardson, Texas, 75081<br><br>    Plaintiff/Counter-defendant,<br><br>v.<br><br>HOMEWARD HEALTH, LLC<br>2865 Reynolds Road, Suite 220C<br>Toledo, Ohio 43615<br><br>    Defendant/Counter-claimant. | JUDGE: HON. JAMES G. CARR<br><br>MAGISTRATE JUDGE:<br>JAMES R. KNEPP, II<br><br>CASE NO:  3:17-CV-00485-JGC<br><br>**JOINT STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by ADVault, Inc., and Homeward Health, LLC, by and through undersigned counsel, and pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), that ADVault, Inc. herby voluntarily dismisses its Declaratory Judgment claims WITHOUT PREJUDICE, and that Homeward Health hereby voluntarily dismisses its Counterclaims in this action WITHOUT PREJUDICE, and with each party to bear its own costs, expenses, and attorneys' fees.

The dismissal is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1) and is effective immediately.

Dated:  June 6, 2018

So Ordered.

/s/ James G. Carr
U.S. District Court Judge

Respectfully submitted,

HAHN LOESER & PARKS LLP

/s/ Nathan B. Webb
Nathan B. Webb (Ohio Bar No. 0084506)
nwebb@hahnlaw.com
R. Eric Gaum (Ohio Bar No. 0066573)
regaum@hahnlaw.com

9852511.2

200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: 216-621-0150
Facsimile: 216-241-2824

*Attorneys for Defendant/Counterclaimant*
*Homeward Health, LLC*


/s/ Robert M. Mason
Robert M. Mason  (Texas Bar No. 13158240)
RMason@PTCLaw.us
3809 Park Place
Addison, TX 75001
Telephone: 469-320-1180
*Attorney for Plaintiff/Counterclaim Defendant ADVault, Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on June 6, 2018, a copy of the foregoing Stipulation of Dismissal was filed via ECF and served on all counsel by way of the Court's ECF filing and notice system.

      /s/ Nathan B. Webb
*Attorney for Defendant/Counterclaim*
*Plaintiff Homeward Health, LLC*

9852511.2